1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   BALTAZAR MARTINEZ-FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00115-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| BALTAZAR MARTINEZ-FLORES, | ) | DATE: May 12, 2011 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant BALTAZAR MARTINEZ-FLORES, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, May 5, 2011, be continued to Thursday, May 12, 2011, at 9:00 a.m..

The reason for this continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to complete that process.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 12, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 28, 2011            Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /S/ Benjamin Galloway
                                          BENJAMIN GALLOWAY
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          BALTAZAR MARTINEZ-FLORES

DATED: April 28, 2011            BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Benjamin Galloway for
                                          MICHELE BECKWITH
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 12, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: May 3, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**2**